Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500
rszyba@seyfarth.com

Joseph J. Orzano (pro hac vice pending)
SEYFARTH SHAW LLP
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210

Attorneys for Defendant
PHARMACARE U.S., INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA SUNDERLAND and BENJAMIN BINDER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC. and PHARMACARE LABORATORIES PTY LTD.,<br><br>Defendants. | Case No. _____<br><br>Related Case No.: 3:23-cv-01318 (S.D. Cal.)<br><br>ORAL ARGUMENT REQUESTED<br><br>Motion Date:  April 15, 2024 |

### PHARMACARE U.S., INC.'S NOTICE OF MOTION TO COMPEL

**PLEASE TAKE NOTICE** that on April 15, 2024, or as soon as counsel may be heard before the United States District Court for the District of New Jersey, Movant PharmaCare U.S., Inc. ("PharmaCare") shall move before a United States District Judge or United States Magistrate Judge assigned to the case for an entry of an Order, pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), granting PharmaCare's Motion to Compel Compliance with Subpoena

issued to Season 4, LLC ("Season 4"), in connection with an action pending in the United States District Court for the Southern District of California styled *Sunderland, et al. v. PharmaCare U.S., Inc., et al.*, No. 23-cv-01318 (the "Sunderland Litigation"), in which PharmaCare is a defendant.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Movant will rely upon the accompanying Memorandum of Law, the Declaration of Joseph J. Orzano with attached exhibits, reply papers, and oral argument, if any. A proposed form of Order is also submitted for the Court's consideration.

Dated: March 21, 2024                                        **SEYFARTH SHAW LLP**

                                                             */s/ Robert T. Szyba*
                                                             Attorneys for Defendant
                                                             PharmaCare U.S., Inc.