Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500
rszyba@seyfarth.com

Joseph J. Orzano (pro hac vice pending)
SEYFARTH SHAW LLP
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210

Attorneys for Defendant
PHARMACARE U.S., INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LINDA SUNDERLAND and BENJAMIN BINDER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC. and PHARMACARE LABORATORIES PTY LTD.,<br><br>Defendants. | Case No. _____<br><br>Related Case No.: 3:23-cv-01318 (S.D. Cal.)<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF JOSEPH J. ORZANO IN SUPPORT OF MOTION TO COMPEL**

Joseph J. Orzano, pursuant to 28 U.S.C. § 1746, states the following:

1. I am a partner at the law firm of Seyfarth Shaw LLP, counsel for movant

PharmaCare U.S., Inc. ("PharmaCare").

2. I submit this declaration, along with the exhibits annexed hereto, in support of

PharmaCare's Motion to Compel in connection with the action pending in the District Court for

the Southern District of California styled *Sunderland, et al. v. PharmaCare U.S., Inc., et al.*, No. 23-cv-01318-JES-AHG, in which PharmaCare is a defendant ("Sunderland Litigation").

3. Attached hereto as **Exhibit 1** is a true and correct copy of a January 8, 2024 subpoena *duces tecum* issued by PharmaCare U.S., Inc. to Season 4, LLC in the Sunderland Litigation (the "Subpoena").

4. Attached hereto as **Exhibit 2** is a true and correct copy of the affidavit of service of the Subpoena on Season 4, LLC on January 9, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the "About Us" page on the ClassAction.org website, https://www.classaction.org/aboutus, as of February 19, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the "Terms of Use" page on the ClassAction.org website, https://www.classaction.org/terms-of-use, as of February 19, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Plaintiffs in the Sunderland Action bates stamped PLT000002, a copy of the ClassAction.org website, https://www.classaction.org/elderberry-supplement-lawsuit, as of June 27, 2023.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the "Disclaimer" page on the ClassAction.org website, https://www.classaction.org/disclaimer, as of February 19, 2024.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the current operative Second Amended Complaint in a lawsuit filed in the Southern District of California styled *Corbett, et al. v. PharmaCare U.S.*, Inc., No. 21-cv-0137-JES-AHG ("Corbett Litigation).

10. Plaintiffs in the Corbett Litigation sought leave to amend, were denied, and then within a month filed the Sunderland Litigation asserting the claims they were denied leave to

assert. Attached hereto as **Exhibit 8** is a true and correct copy of the current operative complaint in the Sunderland Litigation.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an email chain between me and Matthew Clemente.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Season 4, LLC's response to the Subpoena received on February 5, 2024.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the deposition transcript of plaintiff Benjamin Binder in the Sunderland Litigation.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the deposition transcript of plaintiff Linda Sunderland in the Sunderland Litigation.

15. On February 19, 2024, Season 4 produced 16 documents. The production includes pdfs of the ClassAction.org website and a newsletter related to the Sunderland Litigation.

16. Season 4 did not produce a privilege log until March 15, 2024. Attached hereto as **Exhibit 13** is a true and correct copy of that privilege log and correspondence between counsel.

17. PharmaCare has conferred with Season 4 by email, including on February 9, 2024, and February 13, 2024, and telephonically on February 16, 2024, but Season 4 has refused to produce any additional documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of March, 2024.

By: *Joseph Orzano*
Joseph J. Orzano