# EXHIBIT 9

| | |
|---|---|
| **From:** | Matthew Clemente <matthew@season4.io> |
| **Sent:** | Tuesday, January 23, 2024 10:35 AM |
| **To:** | Orzano, Joe |
| **Cc:** | Butler, Lawrence; Ferrari, Giovanna; Belzer, Aaron |
| **Subject:** | Re: Pharmacare subpoena response from Season 4 |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Thank you Mr. Orzano!

Much appreciated.

Have a great day,

--
Matthew Clemente

On 23 Jan 2024, at 13:33, Orzano, Joe wrote:

> Matthew,
>
>
> Yes, we agree to an extension to Monday, 2/5.

**Joseph Orzano** | Partner | Seyfarth Shaw LLP
Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028
Direct: +1-617-946-4952
JOrzano@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Matthew Clemente <matthew@season4.io>
**Sent:** Tuesday, January 23, 2024 1:22 PM
**To:** Orzano, Joe <JOrzano@seyfarth.com>
**Cc:** Butler, Lawrence <LButler@seyfarth.com>; Ferrari, Giovanna <GFerrari@seyfarth.com>; Belzer, Aaron <ABelzer@seyfarth.com>
**Subject:** Re: Pharmacare subpoena response from Season 4

Thank you Mr. Orzano - I really appreciate you getting back to me.

Apologies for that oversight - I'd much prefer Monday, 2/5 - would that be alright with you?

Trying to make sure that we address this properly.

--
Matthew Clemente

On 23 Jan 2024, at 13:16, Orzano, Joe wrote:

Matthew,

10 days from 1/24 is a Saturday.  Does an extension to Friday, February 2 work?

**Joseph Orzano** | Partner | Seyfarth Shaw LLP
Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028
Direct: +1-617-946-4952
JOrzano@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Matthew Clemente <matthew@season4.io>
**Sent:** Tuesday, January 23, 2024 8:46 AM
**To:** Orzano, Joe <JOrzano@seyfarth.com>
**Subject:** Pharmacare subpoena response from Season 4

Hello Mr. Orzano,

We are in the process of gathering documents and preparing our response to the subpoena.

Right now the deadline is 1/24.

Would it be possible to extend that deadline 10 days so that we can put together our response?

Thank you,

--
Matthew Clemente