# EXHIBIT 11

```
1                UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF CALIFORNIA

3


4
     LINDA SUNDERLAND AND            )
5    BENJAMIN BINDER INDIVIDUALLY    )
     AND ON BEHALF OF ALL OTHERS     )
6    SIMILARLY SITUATED,             )
                                     )
7                  Plaintiffs,       )
                                     )
8          vs.                       )   No. 3:23-cv-01318
                                               JES-AHG
9                                    )
     PHARMACARE U.S., INC., A        )
10   DELAWARE CORPORATION AND        )
     PHARMACARE LABORATORIES PTY     )
11   LTD., AN AUSTRALIAN COMPANY,    )
                                     )
12                 Defendants.       )
                                     )
13

14

15

16            DEPOSITION OF BENJAMIN BINDER

17             TUESDAY, FEBRUARY 20, 2024

18               LOS ANGELES, CALIFORNIA

19

20

21

22

23

24   REPORTED BY:  JEANINE CURCIONE
                   CSR NO. 10223, RPR
25   FILE NO.: 525540
```

Transcript of Benjamin Binder
Conducted on February 20, 2024       42

| | | |
|---|---|---|
| 1 | MR. KASHIMA:  Let her finish her question. | 11:29:39 |
| 2 | BY MS. FERRARI: | 11:29:41 |
| 3 | Q.   Any other reason you kept using it from | 11:29:41 |
| 4 | that time period 2016 to 2023? | 11:29:44 |
| 5 | A.   I thought it was doing me good. | 11:29:47 |
| 6 | Q.   How so? | 11:29:49 |
| 7 | A.   With the claims. | 11:29:51 |
| 8 | Q.   How did it make you feel? | 11:29:54 |
| 9 | A.   I don't know if it made any difference. | 11:29:56 |
| 10 | Q.   But you didn't stop? | 11:30:00 |
| 11 | A.   I didn't stop, no. | 11:30:02 |
| 12 | Q.   Why did you go to ClassAction.org? | 11:30:12 |
| 13 | A.   It was recommended years ago and years | 11:30:18 |
| 14 | ago.  I own an Audi, which is Volkswagen Group, and | 11:30:20 |
| 15 | my car had a water pump problem.  I took it to my | 11:30:24 |
| 16 | mechanic.  He said you know, I think there's a class | 11:30:29 |
| 17 | action lawsuit against them.  Why don't you look | 11:30:33 |
| 18 | into it before I start charging you hundreds of | 11:30:36 |
| 19 | dollars for a new water pump.  That's how I found | 11:30:43 |
| 20 | ClassAction.org and that's how I found them. | 11:30:47 |
| 21 | Q.   When did you first go to ClassAction.org | 11:30:53 |
| 22 | for the problem with your car? | 11:30:58 |
| 23 | A.   2015. | 11:31:04 |
| 24 | Q.   After 2015 how often were you visiting | 11:31:05 |
| 25 | ClassAction.org? | 11:31:12 |

Transcript of Benjamin Binder
Conducted on February 20, 2024

43

| | | |
|---|---|---|
| 1 | A.   A bit because my model Audi with the 2 | 11:31:13 |
| 2 | liter engine had some other problems and they would | 11:31:15 |
| 3 | pop up.  And after that there was another problem | 11:31:22 |
| 4 | with overly -- the cars were using too much oil and | 11:31:23 |
| 5 | that's an ongoing class action lawsuit right now | 11:31:28 |
| 6 | with Volkswagen Group. | 11:31:32 |
| 7 |     Q.   Did you sign up for those class actions | 11:31:34 |
| 8 | related to the Audi on ClassAction.org? | 11:31:37 |
| 9 |     A.   I did. | 11:31:42 |
| 10 |     Q.   Who are your attorneys in those cases? | 11:31:43 |
| 11 |     A.   I'm not -- I don't have an attorney | 11:31:45 |
| 12 | representing me. | 11:31:47 |
| 13 |     Q.   Did you receive class settlements in those | 11:31:48 |
| 14 | settlements? | 11:31:52 |
| 15 |     A.   Water pump.  What they did with the water | 11:31:53 |
| 16 | pump, they extended the warranty.  So there was no | 11:31:56 |
| 17 | money paid out and they fixed the car. | 11:32:04 |
| 18 |     Q.   Did you ever go to Sambucol.com to get a | 11:32:07 |
| 19 | refund for your purchases? | 11:32:10 |
| 20 |     A.   I didn't even know that was an option. | 11:32:14 |
| 21 |     Q.   So you didn't read on the bottle or the | 11:32:18 |
| 22 | box that there's a satisfaction guarantee, you can | 11:32:20 |
| 23 | go to the website? | 11:32:25 |
| 24 |         MR. KASHIMA:  Objection as to form. | 11:32:27 |
| 25 | Assumes facts not in evidence. | 11:32:27 |

Transcript of Benjamin Binder
Conducted on February 20, 2024                                        44

```
1           THE WITNESS:  No.                              11:32:28
2    BY MS. FERRARI:                                       11:32:29
3        Q.   So you said you went to ClassAction.org a    11:32:29
4    bit.  The way I understand that in just normal        11:32:37
5    people talk is with some frequency.  Fair             11:32:41
6    characterization?                                     11:32:46
7            MR. KASHIMA:  Objection as to form.           11:32:47
8            THE WITNESS:  Yes.                            11:32:47
9    BY MS. FERRARI:                                       11:32:48
10       Q.   When you say with some frequency or a bit,   11:32:48
11   how often is that a year?                             11:32:52
12       A.   Probably once a month.                       11:32:55
13       Q.   That continued to be your practice from      11:32:57
14   2015 to the present?                                  11:33:00
15       A.   Yes.                                         11:33:02
16       Q.   Were you looking for other products that     11:33:02
17   you purchased?                                        11:33:04
18       A.   No.  I was looking for pretty much stuff     11:33:04
19   with my car and then the Sambucol I'm like I use      11:33:06
20   that, what's going on?                                11:33:11
21       Q.   Did you sign up for ClassAction.org news     11:33:15
22   letters?                                              11:33:18
23       A.   Yes.                                         11:33:19
24       Q.   When did you first sign up for the           11:33:19
25   newsletter?                                           11:33:22
```

Transcript of Benjamin Binder
Conducted on February 20, 2024                              45

| | | |
|---|---|---|
| 1 | A. I don't know. | 11:33:23 |
| 2 | Q. Was it in that 2015 time frame? | 11:33:23 |
| 3 | A. It could have been but I'm not confident | 11:33:26 |
| 4 | with answering that. | 11:33:28 |
| 5 | Q. Was it around statements you saw on the | 11:33:30 |
| 6 | website related to your car that you signed up for | 11:33:35 |
| 7 | the newsletter? | 11:33:37 |
| 8 | A. Yes. | 11:33:39 |
| 9 | Q. And then in that newsletter you happened | 11:33:41 |
| 10 | to see information about Sambucol; fair? | 11:33:45 |
| 11 | A. Yes. | 11:33:47 |
| 12 | Q. When did you first see information about | 11:33:48 |
| 13 | Sambucol in a ClassAction.org website or newsletter? | 11:33:50 |
| 14 | A. Not sure if it's 2022 or 2023. It would | 11:34:03 |
| 15 | have been 2022. | 11:34:10 |
| 16 | Q. Why do you say that? | 11:34:13 |
| 17 | A. Hang on. I'm mixing up -- we're in 2024. | 11:34:19 |
| 18 | It would have been 2022 or 2023. | 11:34:24 |
| 19 | Q. And why do you say '22 or '23? | 11:34:28 |
| 20 | A. That's a broad range that I can give you. | 11:34:31 |
| 21 | I'm not quite sure of a date. | 11:34:34 |
| 22 | Q. Because you believe it happened in the | 11:34:35 |
| 23 | last one or two years? | 11:34:38 |
| 24 | A. Yes. | 11:34:39 |
| 25 | Q. Let's take a look at the documents on | 11:34:44 |

Transcript of Benjamin Binder
Conducted on February 20, 2024                          74

| | | |
|---|---|---|
| 1 | A. It could have been but I'm not sure. | 12:28:54 |
| 2 | Q. When you reviewed the ClassAction.org | 12:29:14 |
| 3 | website, did you know the attorneys at Milberg? | 12:29:18 |
| 4 | A. No. | 12:29:26 |
| 5 | Q. When you received the newsletter did you | 12:29:27 |
| 6 | know the attorneys at Milberg? | 12:29:32 |
| 7 | A. No. | 12:29:33 |
| 8 | Q. When you filled out the get in touch form | 12:29:33 |
| 9 | did you know the attorneys at Milberg? | 12:29:36 |
| 10 | A. No. | 12:29:39 |
| 11 | Q. When did you first learn about the | 12:29:39 |
| 12 | attorneys from Milberg? | 12:29:41 |
| 13 | A. I think when they reached out to me. | 12:29:42 |
| 14 | Q. Was that after you filled out the get in | 12:29:44 |
| 15 | touch form? | 12:29:47 |
| 16 | A. It must have been. | 12:29:48 |
| 17 | Q. Did you have any other communications with | 12:29:50 |
| 18 | anybody at ClassAction.org other than receiving the | 12:29:52 |
| 19 | newsletter and filling out the get in touch form? | 12:29:56 |
| 20 | A. I don't recall. | 12:30:01 |
| 21 | Q. You don't have any e-mails from | 12:30:03 |
| 22 | ClassAction.org? | 12:30:05 |
| 23 | MR. KASHIMA: Objection as to form. | 12:30:08 |
| 24 | THE WITNESS: Only their newsletter. | 12:30:08 |
| 25 | /// | |

Transcript of Benjamin Binder
Conducted on February 20, 2024

75

| | | |
|---|---|---|
| 1 | BY MS. FERRARI: | 12:30:10 |
| 2 | Q. How many newsletters did you get from | 12:30:10 |
| 3 | them? | 12:30:13 |
| 4 | A. I get them it's either monthly or every | 12:30:14 |
| 5 | two weeks. | 12:30:18 |
| 6 | Q. How long have you been getting them | 12:30:26 |
| 7 | monthly or every two weeks? | 12:30:35 |
| 8 | A. Ever since the Audi water pump issue came | 12:30:36 |
| 9 | up but I can't tell you the year. | 12:30:41 |
| 10 | Q. How do you receive those newsletters? Is | 12:30:44 |
| 11 | it by e-mail? | 12:30:47 |
| 12 | A. E-mail. | 12:30:48 |
| 13 | Q. What's your e-mail address? | 12:30:49 |
| 14 | A. Ben.dfl.limo@gmail.com. | 12:30:50 |
| 15 | Q. Do you get any other e-mails from | 12:30:58 |
| 16 | ClassAction.org? | 12:31:00 |
| 17 | A. Like I said, I get them -- they can range | 12:31:01 |
| 18 | from a whole bunch of different products. | 12:31:06 |
| 19 | Q. Did you want to sue -- well, who are you | 12:31:12 |
| 20 | suing? | 12:31:14 |
| 21 | A. Who am I suing? | 12:31:16 |
| 22 | Q. Uh-huh. Yes. | 12:31:17 |
| 23 | A. Who am I suing? | 12:31:21 |
| 24 | Q. Correct. | 12:31:23 |
| 25 | A. I'm not suing anybody. I'm representing a | 12:31:23 |

Transcript of Benjamin Binder
Conducted on February 20, 2024                              89

| | | |
|---|---|---|
| 1 | THE VIDEO OPERATOR:  We're going back on | 01:19:36 |
| 2 | the record.  The time is 1:19 P.M. | 01:19:37 |
| 3 | BY MS. FERRARI: | 01:19:42 |
| 4 | Q.   Mr. Binder, you understand you're still | 01:19:42 |
| 5 | under oath? | 01:19:45 |
| 6 | A.   Yes. | 01:19:45 |
| 7 | Q.   Before the break we were talking about | 01:19:47 |
| 8 | newsletters that you received from ClassAction.org; | 01:19:50 |
| 9 | correct? | 01:19:55 |
| 10 | A.   Yes. | 01:19:55 |
| 11 | Q.   And you received those by e-mail at your | 01:19:56 |
| 12 | Gmail address? | 01:19:58 |
| 13 | A.   Yes. | 01:19:59 |
| 14 | Q.   How far back does your G-mail go? | 01:20:00 |
| 15 | MR. KASHIMA:  Objection as to form. | 01:20:05 |
| 16 | THE WITNESS:  I don't know. | 01:20:05 |
| 17 | BY MS. FERRARI: | 01:20:06 |
| 18 | Q.   Do you think you still have | 01:20:08 |
| 19 | ClassAction.org newsletters in your Gmail? | 01:20:14 |
| 20 | A.   I might have a recent one from Audi but | 01:20:17 |
| 21 | usually they come through and nothing pertains to me | 01:20:20 |
| 22 | so I erase them. | 01:20:25 |
| 23 | Q.   So you don't know if you have any | 01:20:26 |
| 24 | ClassAction.org newsletters that you received on | 01:20:28 |
| 25 | your e-mail? | 01:20:30 |

Transcript of Benjamin Binder
Conducted on February 20, 2024                                              90

| | | |
|---|---|---|
| 1 | <u>A. Highly doubtful except for a latest one</u> | 01:20:33 |
| 2 | <u>from Audi.</u> | 01:20:38 |
| 3 | Q. Before the break you talked about | 01:20:39 |
| 4 | companies being held accountable for something | 01:20:41 |
| 5 | they've done wrong and I want to talk to you a | 01:20:45 |
| 6 | little about that. What has Pharmacare done wrong | 01:20:48 |
| 7 | here? | 01:20:53 |
| 8 | A. Stated apparently things that aren't true. | 01:20:53 |
| 9 | Q. How do you know things aren't true? | 01:20:58 |
| 10 | A. That's what the class action lawsuit was | 01:21:00 |
| 11 | brought for. | 01:21:03 |
| 12 | Q. Who told you that? ClassAction.org? | 01:21:03 |
| 13 | A. I believe it's on their website. | 01:21:08 |
| 14 | Q. So is the only basis for you believing | 01:21:11 |
| 15 | that Pharmacare made false statements what you heard | 01:21:13 |
| 16 | from ClassAction.org? | 01:21:16 |
| 17 | A. That was the start. | 01:21:17 |
| 18 | Q. And what's your other basis? | 01:21:19 |
| 19 | A. Talking to the attorneys. | 01:21:21 |
| 20 | MR. KASHIMA: And I'm going to just warn | 01:21:22 |
| 21 | you it's okay to say that we had a discussion but I | 01:21:26 |
| 22 | don't want you to disclose the contents of that | 01:21:30 |
| 23 | discussion. | 01:21:33 |
| 24 | THE WITNESS: Will do. | 01:21:33 |
| 25 | /// | |

Transcript of Benjamin Binder
Conducted on February 20, 2024      122

```
1              REPORTER'S CERTIFICATE
2
3         I, JEANINE CURCIONE, C.S.R. NO. 10223,
4    RPR, in and for the State of California, do hereby
5    certify:
6         That prior to being examined, the witness
7    named in the foregoing deposition was by me duly
8    sworn to testify the truth, the whole truth and
9    nothing but the truth and that the witness reserved
10   the right of signature;
11        That said deposition was taken down by me
12   in shorthand at the time and place therein named,
13   and thereafter reduced to typewriting under my
14   direction, and the same is a true, correct and
15   complete transcript of said proceedings.
16        I further certify that I am not interested
17   in the event of the action.
18        Witness my hand this 2nd day of March,
19   2024.
20
21
                        Certified Shorthand
22                      Reporter for the
                        State of California
23
24
25
```