# EXHIBIT 12

```
 1            UNITED STATES DISTRICT COURT
 2           SOUTHERN DISTRICT OF CALIFORNIA
 3    -------------------------------x
 4    LINDA SUNDERLAND and BENJAMIN   :
 5    BINDER, individually and on     : Case No.
 6    behalf of all others similarly  : 3:23-cv-01318-JES-AHG
 7    situated,                       :
 8              Plaintiffs,           :
 9       v.                           :
10    PHARMACARE U.S., INC., a        :
11    Delaware Corporation, and       :
12    PHARMACARE PTY LTD., an         :
13    Australian company,             :
14              Defendants.           :
15    -------------------------------x
16
17       VIDEOTAPED DEPOSITION OF LINDA SUNDERLAND
18                  New York, New York
19              Tuesday, February 27, 2024
20                   10:04 a.m. EST
21
22    Job No.: 526998
23    Pages: 1 - 120
24    Reported by:  Monique Vouthouris, CCR, RPR, CRR
25
```

Transcript of Linda Sunderland
Conducted on February 27, 2024                              88

| | | |
|---|---|---|
| 1 | page, on page 9, the response is just above where it | 12:13:36 |
| 2 | says Interrogatory Number 9. | 12:13:40 |
| 3 |     A   Mm-hmm. | 12:13:43 |
| 4 |     Q   And specifically it says "Additionally, | 12:13:45 |
| 5 | plaintiff received an email newsletter and viewed a | 12:13:48 |
| 6 | website regarding the claims in this case." | 12:13:51 |
| 7 |        Do you see that? | 12:13:54 |
| 8 |     A   Yes. | 12:13:54 |
| 9 |     Q   Who did you receive an email newsletter | 12:13:55 |
| 10 | from? | 12:14:12 |
| 11 |        MR. BUSCH:  Objection to form. | 12:14:13 |
| 12 |     A   I received an email about class action | 12:14:14 |
| 13 | lawsuits in general, and this -- Sambucol was one of | 12:14:20 |
| 14 | the class action lawsuits that I -- caught my eye in | 12:14:26 |
| 15 | the newsletter on my email. | 12:14:30 |
| 16 |     Q   And did you have to sign up for that | 12:14:38 |
| 17 | newsletter? | 12:14:40 |
| 18 |        MR. BUSCH:  Objection to form. | 12:14:40 |
| 19 |     A   I think so. | 12:14:42 |
| 20 |     Q   When did you -- excuse me. | 12:14:43 |
| 21 |        When did you first start receiving the | 12:14:45 |
| 22 | newsletter? | 12:14:47 |
| 23 |     A   I don't remember.  But I could estimate.  It | 12:14:48 |
| 24 | was probably at least two years ago.  But that's an | 12:14:53 |
| 25 | estimate.  I don't remember. | 12:15:05 |

Transcript of Linda Sunderland
Conducted on February 27, 2024                    89

| | | |
|---|---|---|
| 1 | Q    Why did you sign up two years ago for the | 12:15:08 |
| 2 | ClassAction.org newsletter? | 12:15:13 |
| 3 | MR. BUSCH:  Objection to form. | 12:15:15 |
| 4 | A    It was sent to my email and it interested | 12:15:16 |
| 5 | me.  I read it and I thought it offered a | 12:15:22 |
| 6 | subscription, that you could get a free subscription. | 12:15:27 |
| 7 | They didn't say how often they would send it to you in | 12:15:31 |
| 8 | your email.  Just out of curiosity, I wanted to keep | 12:15:37 |
| 9 | up with information like that in case I used any of | 12:15:41 |
| 10 | the products that come up in lawsuits for reasons -- | 12:15:45 |
| 11 | for whatever reasons. | 12:15:49 |
| 12 | Q    And how frequently did you receive the | 12:15:51 |
| 13 | newsletter? | 12:15:54 |
| 14 | A    I can't recall on that.  At least once a | 12:15:56 |
| 15 | month. | 12:15:58 |
| 16 | Q    And did you read the newsletter when you | 12:15:59 |
| 17 | received it? | 12:16:01 |
| 18 | A    Occasionally I did, yes. | 12:16:02 |
| 19 | Q    So sometimes you would, sometimes you | 12:16:04 |
| 20 | wouldn't? | 12:16:07 |
| 21 | A    I wouldn't have the time sometimes to do it, | 12:16:07 |
| 22 | but I more than likely read it. | 12:16:11 |
| 23 | Q    How did you first hear about | 12:16:15 |
| 24 | ClassAction.org? | 12:16:18 |
| 25 | A    It just came up on my email as a -- as an | 12:16:20 |

Transcript of Linda Sunderland
Conducted on February 27, 2024                                    90

| | | |
|---|---|---|
| 1 | email that I received.  I didn't ask for it.  It just | 12:16:24 |
| 2 | was like advertising sent it -- it was sent to my | 12:16:28 |
| 3 | email. | 12:16:31 |
| 4 | Q    So if you turn to Exhibit 7, the next | 12:16:32 |
| 5 | Interrogatory Number 9. | 12:16:42 |
| 6 | A    Yes. | 12:16:45 |
| 7 | Q    It asks you to "Describe any communications | 12:16:46 |
| 8 | between you and ClassAction.org." | 12:16:56 |
| 9 | And your response is on page 11, just above | 12:16:59 |
| 10 | Interrogatory Number 10.  It says, "On or about June | 12:17:08 |
| 11 | 29th, 2023, plaintiff viewed a website | 12:17:11 |
| 12 | Classaction.org/elderberry-supplement-lawsuit on | 12:17:21 |
| 13 | ClassAction.org regarding this case, and provided her | 12:17:21 |
| 14 | contained information on the form provided.  Plaintiff | 12:17:25 |
| 15 | also received an email newsletter regarding several | 12:17:28 |
| 16 | cases, including the involving Sambucol from | 12:17:31 |
| 17 | Newsletter@classaction.org on the same date." | 12:17:36 |
| 18 | So I just want to understand.  So you -- | 12:17:45 |
| 19 | prior to June 29th, 2023, when you went to the website | 12:17:48 |
| 20 | for ClassAction.org, you had already been receiving | 12:17:52 |
| 21 | the ClassAction.org newsletter? | 12:17:56 |
| 22 | MR. BUSCH:  Objection to form. | 12:17:59 |
| 23 | A    I don't know for sure, but I would say yes. | 12:17:59 |
| 24 | Q    Is there a reason you went to the | 12:18:04 |
| 25 | ClassAction.org website on that day? | 12:18:06 |

```
1    A    I just received the newsletter and I looked       12:18:08
2    at it.  It was just came up in my email.               12:18:13
3    Q    So you think you received the newsletter          12:18:17
4    first that day and then went to the website?           12:18:19
5    A    Yes.                                              12:18:21
6    Q    Prior to June 29th, 2023, had you seen            12:18:39
7    anything on the ClassAction.org website or in its      12:18:43
8    newsletter regarding Sambucol?                         12:18:47
9    A    I don't think so, but I don't remember.  I        12:18:49
10   -- back 2023, it's a while ago.                        12:18:55
11   Q    Were the emails from ClassAction.org sent to      12:19:02
12   the same email address you previously provided?        12:19:06
13   A    Yes.  Yes.                                        12:19:09
14   Q    Do you still have those emails?                   12:19:09
15   A    Probably, yes.                                    12:19:12
16   Q    You haven't searched for them --                  12:19:13
17   A    No.                                               12:19:13
18   Q    -- in response to discovery in the case?          12:19:15
19   A    No.                                               12:19:17
20   Q    Don't delete those emails, please.                12:19:18
21   A    Sure.                                             12:19:22
22   Q    So it says in the interrogatory response          12:19:42
23   that after you went to the website, you provided       12:19:44
24   information on the form provided.                      12:19:50
25        What information did you provide?                 12:19:53
```

Transcript of Linda Sunderland
Conducted on February 27, 2024          92

| | | |
|---|---|---|
| 1 | A As I recall, it asked something like, do you | 12:19:55 |
| 2 | ever use this product, that's all I can remember, and | 12:20:02 |
| 3 | I said yes. And maybe how often. It also asked for | 12:20:06 |
| 4 | my name, and, of course, my email address, stuff like | 12:20:23 |
| 5 | that. | 12:20:26 |
| 6 | Q Is that the first time you had submitted | 12:20:26 |
| 7 | information to ClassAction.org? | 12:20:34 |
| 8 | A Yes. | 12:20:37 |
| 9 | Q And do you recall, as you're sitting here | 12:20:38 |
| 10 | today, any additional information you provided on that | 12:20:46 |
| 11 | initial form you submitted? | 12:20:48 |
| 12 | A No. | 12:21:34 |
| 13 | Q I'm going to show you what's been previously | 12:21:34 |
| 14 | marked as Exhibit 3. So this was produced by you in | 12:21:37 |
| 15 | this case in response to discovery. | 12:22:01 |
| 16 | Have you seen this before? | 12:22:03 |
| 17 | A Yes. | 12:22:05 |
| 18 | Q Now, the first page of Exhibit 3, on the top | 12:22:05 |
| 19 | it says "ClassAction.org newsletter." | 12:22:13 |
| 20 | Do you see that? | 12:22:16 |
| 21 | A Yes. | 12:22:16 |
| 22 | Q And it looks like an email? | 12:22:17 |
| 23 | A Yes. | 12:22:19 |
| 24 | Q Is this the newsletter you received -- | 12:22:19 |
| 25 | A Yes -- | 12:22:19 |

Transcript of Linda Sunderland
Conducted on February 27, 2024                                96

| | | |
|---|---|---|
| 1 | Q   Going back to your communications with | 12:47:03 |
| 2 | ClassAction.org, after you submitted your form to | 12:47:40 |
| 3 | ClassAction.org, what happened next? | 12:47:44 |
| 4 | MR. BUSCH:  Objection to form. | 12:47:47 |
| 5 | A   I did receive a phone call many months | 12:47:48 |
| 6 | later, not right away, from Trenton Kashima, who works | 12:47:54 |
| 7 | for Milberg as an attorney, asking me if I wanted to | 12:48:05 |
| 8 | participate in a trial or a court action against | 12:48:13 |
| 9 | Sambucol because he had read my submittal -- | 12:48:18 |
| 10 | submission to the newsletter. | 12:48:21 |
| 11 | Q   And I think you submitted the form on June | 12:48:26 |
| 12 | 29th, 2023? | 12:48:29 |
| 13 | A   Mm-hmm. | 12:48:30 |
| 14 | Q   And when did Trenton Kashima reach out to | 12:48:31 |
| 15 | you? | 12:48:37 |
| 16 | A   I think somewhere September or October of | 12:48:37 |
| 17 | 2023. | 12:48:42 |
| 18 | Q   And I'm sorry if you said this.  How did he | 12:48:46 |
| 19 | reach out to you? | 12:48:49 |
| 20 | A   He called me on the phone. | 12:48:50 |
| 21 | Q   And how long did you talk with him for? | 12:48:53 |
| 22 | A   Ten minutes or less, ten minutes or less. | 12:48:56 |
| 23 | Q   Did you want to sue Pharmacare before you | 12:49:01 |
| 24 | visited ClassAction.org on June 29th, 2023? | 12:49:24 |
| 25 | MR. BUSCH:  Objection to form. | 12:49:28 |

Transcript of Linda Sunderland
Conducted on February 27, 2024                    120

```
1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2
3
4         I, MONIQUE VOUTHOURIS, New Jersey License No.
5    30XI00083400, the officer before whom the foregoing
6    remote deposition was taken, do hereby certify that
7    the foregoing transcript is a true and correct
8    record of the testimony of LINDA SUNDERLAND; that
9    said testimony was taken by me stenographically and
10   thereafter reduced to typewriting under my
11   direction; that reading and signing was not
12   requested; and that I am neither counsel for,
13   related to, nor employed by any of the parties to
14   this case and have no interest, financial or
15   otherwise, in its outcome.
16        IN WITNESS WHEREOF, I have hereunto set my hand
17   this 1st day of March 2024.
18
19
20
21   _____
22   Monique Vouthouris, CCR, RPR, CRR
23   Notary Public of the State of New York
24   My commission expires: December 1, 2027
25
```