UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PHARMCARE U.S., INC.,**<br><br>Movant,<br><br>v.<br><br>**SEASON 4, LLC,**<br><br>Respondent. | Case No. 3:24-cv-04074-GC-JBD<br><br>Related Case No. 3:23-cv-1318 (S.D. Cal.) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, non-party movant Season 4, LLC states that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated:  April 2, 2024  COZEN O'CONNOR

By:  *s/Matthew M. Coin*

Matthew M. Coin (SBN 205482016)
Haryle Kaldis (to be admitted *pro hac vice*)
1650 Market Street, Suite 2800
One Liberty Place
Philadelphia, PA 19103
Tel: 215-665-2000
mcoin@cozen.com
hkaldis@cozen.com

*Of Counsel*:
Thomas G. Wilkinson, Jr.
1650 Market Street, Suite 2800

One Liberty Place
Philadelphia, PA 19103
Tel: 215-665-2000
twilkinson@cozen.com

*Attorneys for Respondent*
SEASON 4, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notification of such filing ("NEF") to the counsel of record who have appeared in this case on behalf of the parties.

*s/ Matthew M. Coin*
Matthew M. Coin
